1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PAUL EDWARD DURAN,                    Case No.  1:20-cv-00289-HBK (PC)

12            Plaintiff,                   ORDER GRANTING PLAINTIFF'S MOTION
                                           REQUESTING LEAVE TO FILE THIRD
13      v.                                 AMENDED COMPLAINT

14   LONGORIA, CASE, E. PARKS, M.          (Doc. No. 23)
     GAMBOA, W. SINKOVICH,
15                                          MARCH 10, 2023 DEADLINE
            Defendant.
16

17        Plaintiff, a prisoner, is appearing pro se and *in forma pauperis* in this action filed under 42

18   U.S.C. § 1983.  Pending before the Court is Plaintiff's motion requesting leave to file a third

19   amended complaint.  (Doc. No. 23).  On January 20, 2023, the Court issued a Screening Order

20   finding Plaintiff Second Amended Complaint (SAC) stated a cognizable First Amendment free

21   exercise of religion claim against Defendant Longoria but no other cognizable claim.  (Doc. No.

22   22 at 6).  The court directed Plaintiff to file a notice under Rule 41 that he intends to stand on his

23   SAC as screened and proceed only on his First Amendment free exercise of religion claim against

24   Defendant Longoria, thereby voluntarily dismissing the claims the Court deemed not cognizable

25   or stand on his SAC subject to the undersigned issuing a Findings and Recommendations to

26   dismiss the claims deemed not cognizable.  (*Id.*).  As opposed to exercising either option, Plaintiff

27   filed the instant motion requesting leave to amend to demonstrate how the other Defendants

28   assisted Defendant Longoria with violating Plaintiff's rights under the First Amendment.  (Doc.

No. 23 at 1).  Plaintiff also requests leave to amend in order to expand on how the Defendants were acting in both their individual and official capacities.  (*Id.*).  Considering Plaintiff's pro se status, the Court will afford Plaintiff one final opportunity to file a third amended complaint.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion requesting leave to file a third amended complaint (Doc. No. 23) is GRANTED.

2. Plaintiff shall deliver his third amended complaint to correctional officials for mailing no later than March 10, 2023.

3. The Clerk shall enclose a blank civil rights complaint form for Plaintiff's use in preparing his third amended complaint.

Dated:    February 14, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2