1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11    PAUL EDWARD DURAN,                    Case No.  1:20-cv-0289-JLT-HBK (PC)

12              Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                            RECOMMENDATION
13        v.
                                            (Doc. 27)
14    LONGORIA, CASE, E. PARKS, M.
      GAMBOA, W. SINKOVICH,
15
                Defendants.
16

17          The Magistrate Judge filed findings and recommendations, recommending that Plaintiff

18   proceed only on his First Amendment free exercise of religion claim against Defendant Longoria

19   and that all other claims and Defendants be dismissed.  (Doc. 27.)  Plaintiff filed objections on

20   April 5, 2023.  (Doc. No. 29.)  Also within Plaintiff objections was a request for the appointment

21   of counsel.  (*Id*. at 5.)  Plaintiff requests counsel because "he is not a lawyer and to grant him an

22   attorney by the court to help him with this instant complaint." (*Id*.)

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

24   de novo review of this case.  Having carefully reviewed the entire file, the Court finds the

25   findings and recommendations to be supported by the record and by proper analysis.  Plaintiff

26   does not object to the findings allowing his First Amendment claim to proceed.  Regarding the

27   recommended dismissal of Plaintiff's other claims, brought pursuant to the Fifth and Fourteenth

28   Amendments and for supervisory liability, Plaintiff's arguments do not meaningfully call into

1   question the reasoning provided in the findings and recommendations.

2          Furthermore, Plaintiff's request for appointment of counsel is denied.  Plaintiff has not

3   met his "burden of demonstrating exceptional circumstances*." Jones v. Chen*, 2014 WL

4   12684497, at *1 (E.D. Cal. Jan. 14, 2014).  Plaintiff is not entitled to counsel purely because of

5   his status as a pro se litigant and is only facing normal challenges that are faced by other pro se

6   litigants which does not warrant appointment of counsel.  *Siglar v. Hopkins*, 822 F. App'x 610,

7   612 (9th Cir. 2020) (denying appointment of counsel because the plaintiff's "circumstances were

8   not exceptionally different from the majority of the challenges faced by pro se litigants."). Thus,

9   the Court **ORDERS**:

10          1.  The findings and recommendation, filed on March 21, 2023, (Doc. 27) are **ADOPTED**

11   **IN FULL**.

12          2.  Plaintiff's request for appointment of counsel which is incorporated in his objections

13   (Doc. 29) is **DENIED**.

14

15   IT IS SO ORDERED.

16     Dated:   **April 14, 2023**

    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28