UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD DURAN,<br><br>           Plaintiff,<br><br>     v.<br><br>LONGORIA,<br><br>           Defendant. | Case No. 1:20-cv-00289-JLT-HBK (PC)<br><br>ORDER DIRECTING CLERK TO STRIKE INCORRECTLY FILED ANSWER<br><br>(Doc. No. 40) |

On July 31, 2023, Defendants D. Stewart, J. Avila, A. Rawls, C. Yang, G. Myers, and M. Saeturn's answer for *Williamson, Jr. v. Stewart*, Case No: 2:22-cv-02169-EFB (Doc. No. 40), was incorrectly filed in this case. Because these Defendants are not parties to the instant action, the Clerk of Court is directed to strike the incorrectly filed answer.

Accordingly, it is **ORDERED**:

The Clerk of Court shall strike the incorrectly filed answer (Doc. No. 40).

Dated:  August 13, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE