IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD DURAN,<br><br>Plaintiff,<br><br>v.<br><br>LONGORIA,<br><br>Defendant. | Case No. 1:20-cv-00289-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>(Doc. No. 64) |

Pending before the Court is Defendant's Ex Parte Application for a 45-Day Extension of Time to Complete Non-Expert Discovery, filed August 23, 2024. (Doc. No. 64). Defendant seeks to extend the deadline to complete non-expert discovery to potentially resolve a discovery dispute without the Court's intervention. (*Id*. at 1). Defendant asserts good cause for an extension of time exists because Plaintiff has been delayed in responding to certain discovery requests, but Defendant believes that with additional time the parties may be able to resolve the matter. (*Id*. at 2).

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and

[1]

with the judge's consent.   Here, Defendant filed his motion before the original time expired and has established good cause to extend the discovery and dispositive motion deadlines.

ACCORDINGLY, it is hereby ORDERED:

1. Defendant's Motion for Administrative Relief (Doc. No. 64) is GRANTED.
2. The deadline for completing non-expert discovery (September 9, 2024) is extended by 45 days to October 24, 2024.
3. All other deadlines and procedures set forth in the Court's December 7, 2023 Discovery and Scheduling Order (Doc. No. 51) remain in effect.

Dated:   August 26, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE