1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    PAUL EDWARD DURAN,                     Case No. 1:20-cv-00289-HBK (PC)

12            Plaintiff,                     ORDER DIRECTING CLERK TO CORRECT
                                             MISIDENTIFIED DOCKET ENTRY
13        v.
                                             (Doc. No. 76)
14    LONGORIA,

15            Defendant.

16

17

18            On January 24, 2025, pro se Plaintiff filed a pleading titled "Objections to Defendant's

19    Motion for Summary Judgment," which was misidentified when docketed by the Clerk as

20    Plaintiff's "Objections to Findings and Recommendations." (Doc. No. 76).[1]  In an abundance of

21    caution, the Court will direct the Clerk to correct the misidentified pleading on the docket.

22    Defendant shall file a reply, if any, to Plaintiff's opposition within fourteen (14) days of this date

23    on this Order correcting the misidentified pleading.  Local Rule 230(l).

24            ACCORDINGLY, it is **ORDERED**:

25            1.   The Clerk of Court shall correct the docket to reflect that Plaintiff's pleading filed on

26                 January 24, 2025 (Doc. No. 76) is properly titled "Plaintiff's Objections to

27    ─────────────────────
      [1] The Clerk further linked the pleading the Findings and Recommendations issued on April 5, 2023 (Doc.
28    No. 27), which were adopted by the district court on April 7, 2023 (Doc. No. 30).

                                                  1

Defendant's Motion for Summary Judgment."

2. Defendant's reply, if any, to Plaintiff's opposition is due within fourteen (14) days of this Order.

Dated:    January 28, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE