UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD DURAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONGORIA,<br><br>　　　　Defendant. | Case No. 1:20-cv-00289-HBK<br><br>ORDER DISREGARDING AND/OR DEEMING PLAINTIFF'S MOTION FOR RECONSIDERATION AND DEFENDANT'S BILL OF COSTS WITHDRAWN<br><br>(Doc. Nos. 90, 86) |

On April 25 2025, the parties filed a stipulation to waive appeal rights and resolve costs. (Doc. No. 94). As part of a global settlement with *Paul Duran v. M. Ross*, Case No. 1:21-cv-01096-JLT-HBK, Plaintiff Paul Edward Duran, proceeding pro se, agrees to waive all rights to appeal the Judgment entered in this matter on March 19, 2025 (Doc. No. 85), including, any post-judgment relief. (Doc. No. 94, ¶¶ 1,2). Defendant Longoria agrees to withdraw his pending bill of costs, and the parties agree that each side shall bear its own costs and fees. (*Id*., ¶ 3).

ACCORDINGLY, it is hereby ORDERED:

The Court DISREGARDS/ and/or DEEMS Plaintiff's motion for reconsideration (Doc. No. 90) and Defendant's bill of costs (Doc. No. 86) WITHDRAWN.

Dated:　April 29, 2025　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE